EXHIBIT "A"

<!-- Attached image: USPS Form 3811 Domestic Return Receipt addressed to Dr. Alex Yuen, 1915 10th Street, Douglas, AZ 85607; Article Number 7000 1670 0006 0178 7378; signed by Carmen Martinez. -->