# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|    Plaintiff/Judgment Creditor, | ) NO. CR 02-625-TUC-FRZ |
| v. | ) ORDER |
| Richard Stephen Otero, | ) |
|    Defendant/Judgment Debtor, | ) |
|    and | ) |
| Dr. Alex Yuen, | ) |
|    Defendant/Garnishee. | ) |

Upon Motion of Plaintiff, United States of America, and good cause appearing,

IT IS HEREBY ORDERED that Defendant/Garnishee, Dr. Alex Yuen, appear before this Court to answer the Writ of Continuing Garnishment on **MONDAY, APRIL 30, 2007 AT 9:00 A.M.** in Courtroom 5A, 405 West Congress, Tucson, Arizona, 85701.

IT IS FURTHER ORDERED that, before the appearance of the Defendant/Garnishee at the above time and place, the Defendant/Garnishee shall withhold the wages of the Defendant/Judgment Debtor pursuant to the terms of the Writ of Continuing Garnishment previously issued by this Court on November 7, 2006.

DATED this 30th day of March, 2007.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge